UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
TIME WARNER CABLE OF NEW YORK CITY,
a division of Time Warner Entertainment Co., L.P.,

                Plaintiff,

- against -

ROBERT KONG, et al.,

                Defendants.
----------------------------------------------------------X

99 Civ. 4896 (CBA)(MDG)

**JUDGMENT**
**(AHMED MOHAMED)**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 15 2005 ★
P.M. _____
TIME A.M. _____

An Order of the Honorable Carol Bagley Amon, United States District Judge, having been executed on April 29, 2002; with no objections having been filed; adopting the March 20, 2002, Report and Recommendation of the Honorable Marilyn Dolan Go, United States Magistrate Judge, entering Judgment against defendant Ahmed Mohamed in the amount of $4,579.35, comprised of $4,298.85 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $280.50 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii); it is hereby

ORDERED and ADJUDGED that the March 20, 2002, Report and Recommendation of the Honorable Marilyn Dolan Go, United States Magistrate Judge, be adopted; and that judgment is entered in favor of the plaintiff, Time Warner Cable of New York City, against defendant Ahmed Mohamed in the amount of $4,579.35, comprised of $4,298.85 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $280.50 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii).

Dated: Brooklyn, New York

      September 14, 2005

                                      /s/ ROBERT C. Heinemann
                                      **Robert C. Heinemann**
                                      **Clerk of the Court**