UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TIME WARNER CABLE OF NEW YORK CITY,
a division of Time Warner Entertainment Co., L.P.,

                  Plaintiff,

- against -

ROBERT KONG, et al.,

                  Defendants.
-----------------------------------------------------------X

99 Civ. 4896 (CBA)(MDG)

**JUDGMENT**
**(CHARLES KLUENDER)**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 15 2005 ★
TIME A.M. P.M.

An Order of the Honorable Carol Bagley Amon, United States District Judge, having been executed on April 29, 2002; with no objections having been filed; adopting the March 20, 2002, Report and Recommendation of the Honorable Marilyn Dolan Go, United States Magistrate Judge, entering Judgment against defendant Charles Kluender in the amount of $5,280.50, comprised of $5,000.00 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $280.50 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii); it is hereby

ORDERED and ADJUDGED that the March 20, 2002, Report and Recommendation of the Honorable Marilyn Dolan Go, United States Magistrate Judge, be adopted; and that judgment is entered in favor of the plaintiff, Time Warner Cable of New York City, against defendant Charles Kluender in the amount of $5,280.50, comprised of $5,000.00 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $280.50 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii).

Dated: Brooklyn, New York
       September 14, 2005

/S/ Robert C. Heinemann
---
**Robert C. Heinemann**
**Clerk of the Court**